IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 7:17-cv-381 |
| ) | |
| A ROYAL TOUCH HOSPITALITY, LLC (NC), ) | By: Elizabeth K. Dillon |
| A ROYAL TOUCH HOSPITALITY, LLC (VA), ) | United States District Judge |
| UJAS B. PATEL and KETKI PATEL, ) | |
| ) | |
| Defendants. ) | |

**FINAL ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby ORDERED that Choice Hotels International, Inc.'s (Choice Hotels) Motion for Summary Judgment (Dkt. No. 36) is GRANTED with respect to damages and the amount of attorneys' fees to be awarded. In addition to summary judgment entered in its favor and the relief awarded in this court's previous order (Dkt. No. 42), Choice Hotels is awarded the following:

1. $2,426,936.96 in lost profits;

2. $618,868.32 in actual damages;

3. $575.00 in costs; and

4. $47,687.57 in attorneys' fees.

It is hereby ORDERED that judgment be entered in favor of Choice Hotels.

It is FURTHER ORDERED that the clerk shall provide copies of this order and the accompanying memorandum opinion to counsel for Choice Hotels and the defendants.

Entered: September 30, 2019.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge